UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | |
| Plaintiff/Judgment Creditor, | Case No. MC17-0029RSL |
| v. | |
| DAEHYUN CHOI and HYUN JOO KWAN, | ORDER TO ISSUE WRIT OF GARNISHMENT |
| Defendants/Judgment Debtors,[1] | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Garnishee. | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtors, Daehyun Choi and Hyun Joo Kwan, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment.

Dated this 26th day of April, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

---

[1] The caption has been altered to align the parties with their respective roles in this miscellaneous action.

ORDER TO ISSUE WRIT OF GARNISHMENT